UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| CATRENA R. RUSSAW, custodian for SF<br>   Plaintiff,<br><br>  v.<br><br>ANDREW SAUL,[1]<br>Commissioner of Social Security,<br><br>   Defendant. | Civil Action No. 4:19-cv-01627-BHH-TER |

ORDER

AND NOW, this 13th day of February, 2020, upon consideration of the Defendant's Motion to Remand, to which Plaintiff consents, it is hereby **ORDERED** that the Defendant's motion is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

               s/Thomas E. Rogers, III
               Thomas E. Rogers, III
               United States Magistrate Judge

---

[1] On June 17, 2019, Andrew Saul became the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) (providing that an action survives regardless of any change in the person occupying the office of Commissioner of Social Security).